ANDREW PARNES, ISB #4110
Attorney at Law
671 First Avenue North
Post Office Box 5988
Ketchum, Idaho 83340
Telephone: (208) 726-1010
Facsimile: (208) 726-1187
Email: aparnes@mindspring.com

Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 19-CR-158-DCN |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DEFENDANT MCNABB's |
| | ) | MOTION JOINING CO- |
| MICHAEL MCNABB, | ) | DEFENDANT HALE'S MOTION |
| | ) | TO MODIFY PROTECTIVE |
| Defendant. | ) | ORDER |
| _____ | ) | |

Defendant, Michael McNabb, by through his counsel of record, hereby moves to join co-defendant Hale's motion to modify the protective order to permit the officials at SEATAC detention center to retain the case discovery and to oversee Mr. McNabb's access to the discovery materials.

Good cause exists based on the following:

1. The parties entered into a protective order regarding Mr. McNabb's access to the discovery materials in this case.

2. Mr. McNabb is currently detained at the SEATAC detention facility and in

order to comply with the current terms of the protective order, counsel or an investigator must be personally present with Mr. McNabb while he reviews the discovery.

3. The discovery now consists of approximately 55,000 pages of discovery as well as audio and video digital material.

4. Counsel has already met with Mr. McNabb to begin reviewing the discovery material over a three-day period in August and will be returning to SEATAC at the end of this month for an additional two days to do the same.

5. The SEATAC facility has an established protocol whereby the facility librarian retains the discovery material on discs and permits inmates to review the materials on facility computers while supervised. This protocol anticipates materials that are subject to a protective order. A copy of the protocol is attached hereto as Exhibit A.

6. Undersigned counsel contacted the Assistant United States Attorneys representing the Government in this case to see if they would agree to permit access under the SEATAC protocol. I was informed that they would not be willing to stipulate to modify the protective order to permit access under the SEATAC protocol.

7. It is not effective use of undersigned counsel's time nor the court's funds to have counsel continually travel to Seattle to sit with Mr. McNabb while he reviews the discovery.

8. It is therefore requested that this Court grant the motion to modify the protective order to permit Mr. McNabb to review the materials under the terms set forth in the SEATAC protocol. All other terms of the protective order would remain as previously set.

DATED: October 22, 2019.

      /s/ Andrew Parnes
Andrew Parnes
Attorney for Defendant

CERTIFICATE OF ELECTRONIC FILING AND SERVICE

      I HEREBY CERTIFY that on October 22, 2019, the foregoing was electronically filed with the Clerk of the Court, and the following persons were served electronically, using the CM/ECF system:

Francis Zebari
Assistant United States Attorney
frank.zebari@usdoj.gov

Joshua Hurwitt
Assistant United States Attorney
joshua.hurwitt@usdoj.gov

                                                  /s/ Andrew Parnes
                                                Andrew Parnes
                                                Attorney for Defendant